IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

CARLETTE HAWKINS, AIRRION INGRAM,
KIMBERLY ROBINSON, AND APRIL ROBINSON,
INDIVIDUALLY & ON BEHALF OF OTHERS
SIMILARLY SITUATED                                                              PLAINTIFFS

v.                           Case No. 4:13CV00002 KGB

SOUTHERN HERITAGE HEALTH AND
REHABILITATION, LLC, PREMIER HEALTH
AND REHABILITATION, LLC, ARKANSAS SNF
OPERATIONS ACQUISITION, LLC, STEPHEN
HUDGENS, AND DEBORAH THORNTON                                      DEFENDANTS

## ORDER OF DISMISSAL

Before the Court is plaintiffs' motion for voluntary nonsuit (Dkt. No. 10). There has been no response. Plaintiffs move to dismiss voluntarily their pending claims against defendant Deborah Thornton pursuant to Rule 41(a) of the Federal Rules of Civil Procedure. For good cause shown, the motion is granted (Dkt. No. 10). Plaintiffs' complaint and all claims against Ms. Thornton are dismissed without prejudice.

SO ORDERED this the 2nd day of April, 2013.

_____
Kristine G. Baker
United States District Judge