IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

CARLETTE HAWKINS, AIRRION INGRAM,
KIMBERLY ROBINSON, AND APRIL ROBINSON,
INDIVIDUALLY & ON BEHALF OF OTHERS
SIMILARLY SITUATED                                                                         PLAINTIFFS

v.                          Case No. 4:13-cv-00002-KGB

SOUTHERN HERITAGE HEALTH AND
REHABILITATION, LLC, PREMIER HEALTH
AND REHABILITATION, LLC, ARKANSAS SNF
OPERATIONS ACQUISITION, LLC, STEPHEN
HUDGENS                                                                                          DEFENDANTS

## ORDER

Pursuant to the Court's Order granting the parties' joint motion for settlement approval and to dismiss claims with prejudice (Dkt. No. 114), the Court dismisses this case with prejudice. All pending motions are denied as moot. The Court will retain jurisdiction for 13 months to enforce the terms of the parties' settlement agreement as necessary.

SO ORDERED this the 17th of July, 2015.

_____
Kristine G. Baker
United States District Judge